UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
WARD WOODARD,                        )
                                     )
     Plaintiff,                      )
v.                                   )   No. 3:05-0681
                                     )   JUDGE ECHOLS
MORGAN TIRE & AUTO, INC., d/b/a      )
TIRES PLUS,                          )
                                     )
                                     )
     Defendant.                      )
```

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion to Dismiss or to Compel Arbitration and Stay Proceedings (Docket Entry No. 23) is hereby DENIED.

It is so ORDERED.

                                    _____
                                    ROBERT L. ECHOLS
                                    UNITED STATES DISTRICT JUDGE